UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

THE BANK OF NEW YORK MELLON
TRUST COMPANY, N.A.,
as Indenture Trustee,

    *Plaintiff*,

v.                                                   Case No. SA-21-CV-1296-JKP

CANTON II, INC.,

    *Defendant*.

## ORDER

Before the Court is a *Notice of Receiver's Bond and Declaration of Receiver* (ECF No. 10) filed yesterday. In accordance with the *Agreed Order Appointing Receiver* (ECF No. 13) entered by the Court, the appointed receiver has obtained a receiver's bond and has filed a true and correct copy of the bond as an exhibit to the Notice. She has also attached a declaration pursuant to the Agreed Order. The Court finds that these filings comply with the Court order directing the receiver to file the Receiver's Bond and pledge. Accordingly, the Agreed Order became effective by its terms with the filing of these items. Although the present order is not required by the Agreed Order, the Court issues this order in an abundance of caution to recognize the Receiver's compliance with the filing requirements mentioned herein.

**IT IS SO ORDERED this 20th day of January 2022.**

*(signed)* Jason Pulliam
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**