## **Exhibit A**

(Summary of Revenue and Expenses)

The Inn at Los Patios                              January 2022                                          Page 1
                                         Report of Receipts and Expenses

**Cash Flow**

*The Inn at Los Patio*
*Eff date of Receivership- 1/19/2022*

| Week ending | Totals |
|---|---|
| **CASH RECEIPTS** | |
| Private Pay | 50,848 |
| Other-Remote deposits | 10,632 |
| Total Cash Receipts | 61,480 |
| **CASH DISBURSEMENTS** | |
| Operating Disbursements: | |
| Payroll + Taxes + PEO fees + Work Comp | 31,262 |
| Employee Benefits-Health Ins/Voluntary/401K | 0 |
| Accounts Payable-other | 3,557 |
| Food | 0 |
| Agency | 0 |
| Business Insurance | 0 |
| IT- Software/cloud clinical | 0 |
| Equip rentals/support | 932 |
| Utilities + telephone + trash+cable+internet | 1,451 |
| Legal-see below | 0 |
| Leases | 0 |
| Misc | 1,739 |
| Supplies-Departmental | 11,511 |
| Service contr- incl grounds, Fire suppression, alarms, pool | 25,071 |
| Professional Fees (Excl Legal) | 0 |
| Bed Taxes | 0 |
| Repairs & Maint + Capex Bldg, Equip | 0 |
| Total Operating Disbursements | 75,523 |
| Other Disbursements | |
| Other Fees- Trustee | |
| Legal Fees - | |
| Receiver Fees-Suzanne Koenig+Expenses | |
| Management Fees-SAK San Antonio, LLC+ Expenses | 0 |
| Total Other Disbursements | |
| Total Disbursements | 75,523 |
| Net Cash Flow | -14,043 |